**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KALMAN MICHAEL BENJAMIN, et al., | Case No. 1:22-cv-07127 |
| Plaintiffs, | Judge Andrea R. Wood |
| v. | |
| GUSAR LLC, et al., | |
| Defendants. | |

## AGREED MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

Defendants Amazon.Com f/k/a Amazon.Com LLC and Amazon.Com Inc., through their attorney, with the agreement of attorneys for Plaintiffs Kalman Michael Benjamin and Rivka Benjamin, Co-Defendant Gusar, LLC, and Co-Defendants Vaxxen Labs Incorporated and MedLab International Inc, hereby request that the Court enter the Proposed Agreed Confidentiality Order attached hereto as Exhibit 1.

Respectfully submitted,

AMAZON.COM F/K/A AMAZON.COM LLC
AND AMAZON.COM INC.

By: */s/ Emily R. Craven*
One of Their Attorneys

Jillian B. Sommers
Kathryn Campbell
Emily R. Craven
JSommers@perkinscoie.com
KathrynCampbell@perkinscoie.com
ECraven@perkinscoie.com
Perkins Coie LLP
110 N. Wacker Dr., Suite 3400
Chicago, IL 60606
312.324.8400

Dated: February 1, 2023

## CERTIFICATE OF SERVICE

I, Emily R. Craven, certify that on February 1, 2023, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to all attorneys of record.

DATED: February 1, 2023

*/s/ Emily R. Craven*

Emily R. Craven
One of the Attorneys for Defendant
Amazon.Com Services, LLC f/k/a
Amazon.Com, LLC and Amazon.Com, Inc.