IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kalman Michael Benjamin and Rivka Benjamin, <br><br> Plaintiffs, <br><br> v. <br><br> Gusar LLC, Vaxxen Labs Incorporated, MedLab International, Inc., Amazon.Com Services, LLC f/k/a Amazon.Com, LLC and Amazon.Com, Inc., <br><br> Defendants. | 22 cv 07127 <br><br> Hon. Andrea R. Wood |

**AGREED MOTION FOR DISMISSAL WITH COURT RETAINING JURISDICTION TO ENFORCE TERMS OF SETTLEMENT**

Plaintiffs Kalman Michael Benjamin and Rivka Benjamin and Defendants Gusar LLC, Vaxxen Labs Incorporated, MedLab International, Inc., Amazon.Com Services, LLC f/k/a Amazon.Com, LLC and Amazon.Com, Inc., by their respective counsel, respectfully request that the Court enter the proposed Dismissal Order retaining jurisdiction to enforce the terms of the settlement, and in support, state as follows.

1.     This case has been settled by the parties by a Confidential Settlement Agreement and Release of All Claims dated June 7, 2024. The parties respectfully request that the court retain jurisdiction to enforce the confidential settlement terms.

2.     Accordingly, the parties request that this case, including all crossclaims, be dismissed in its entirety without prejudice. The parties further request that the Court retain jurisdiction to enforce the payment terms as set forth in Section 3 of the Confidential Settlement Agreement and Release of All Claims dated June 7, 2024.

3.     The parties agree that unless enforcement proceedings are pending, this case will be dismissed in its entirety with prejudice sixty days after the entry of this order, without further notice or order of court.

4.     A proposed Dismissal Order is attached.

Dated: June 25, 2024                                    Respectfully submitted,

By: /s/Thomas G. Siracusa
    Thomas G. Siracusa
    Power Rogers LLP
    70 West Madison Street, Suite 5500
    Chicago, Illinois 60602
    312-236-9381
    E-Mail: tsiracusa@powerrogers.com
    *Attorney for Plaintiffs*

By: /s/Jillian Sommers
    Jillian Sommers
    Kathryn Campbell
    Emily Craven
    Perkins Coie LLP
    110 N. Wacker Drive, Suite 3400
    Chicago, Illinois 60606
    312-324-8400
    jsommers@perkinscoie.com
    kathryncampbell@perkinscoie.com
    ecraven@perkinscoie.com
    *Attorney for Amazon.Com Services, LLC f/k/a Amazon.Com, LLC and Amazon.Com.Inc.*

By: /s/Alastar S. McGrath
    Alastar S. McGrath
    Kozacky Weitzel McGrath, P.C.
    77 West Wacker Drive, Suite 4500
    Chicago, IL 60601
    312-696-0900
    amcgrath@kwmlawyers.com
    *Attorney for Gusar, LLC*

By: /s/Jason C. Novak
Jason C. Novak
Olivia O. Paxinos
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
312-704-3425
jnovak@hinshawlaw.com
opaxinos@hinshawlaw.com
*Attorney for Vaxxen Labs Inc. and*
*MedLab International, Inc.*

## CERTIFICATE OF SERVICE

I, Thomas G. Siracusa, certify that on June 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/EF system, which will send notification of such filing to all attorneys of record.

/s/Thomas G. Siracusa
*One of the Attorneys for Plaintiffs*

Thomas G. Siracusa
Power Rogers, LLP
70 West Madison Street, Suite 5500
Chicago, Illinois 60602
Telephone: 312-236-9381
E-Mail: tsiracusa@powerrogers.com
*Attorney for Plaintiffs*